UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lee Harris,                                               Civil 10-32 JNE/FLN

    Plaintiff,

v.                                                        O R D E R

GREYHOUND, TWIN CITY'S
POLICE AND SHERIFF AN
COURT HOUSE, CATHOLIC
CHARITY'S EMPLOYEE'S,
MINNEAPOLIS HOUSING
AUTHORITY EMPLOYEES,
and DOROTHY DAY EMPLOYEES,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 14, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)

DATED: <u>2-17</u>, 2010.              s/ Joan N. Ericksen
at Minneapolis, Minnesota        JUDGE JOAN N. ERICKSEN
                                         United States District Court